IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:19-CR-330 |
| v. | § | Judge Jordan |
| | § | |
| JAIRO GABRIEL LEON CABALLERO | § | |
| a.k.a. "Flaco" | § | |
| | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **JAIRO GABRIEL LEON CABALLERO**, and the government have entered into a plea in relation to the charges now pending before this Court.

    Respectfully submitted,

    DAMIEN M. DIGGS
    UNITED STATES ATTORNEY

    */s/ Maureen Smith*
    Maureen Smith
    Assistant United States Attorney
    600 East Taylor Street, Suite 2000
    Sherman, Texas 75090
    (903) 868-9454
    (903) 892-2792 (fax)
    maureen.smith@usdoj.gov
    Texas Bar No. 00787247

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on January 16, 2024.

                                            */s/ Maureen Smith*
                                            MAUREEN SMITH
                                            Assistant United States Attorney